# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William E. Covington, Seneca Covington,<br><br>Debtor<br><br>---<br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>Movant,<br>vs.<br>William E. Covington, Seneca Covington,<br>Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>Trustee / Respondent. | Chapter 13<br><br>Case No.: 19-11071-elf |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 20, 2019 with regard to the above matter (Doc. # 41) is APPROVED.

Date: 8/22/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**