United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 19-11071-elf
William E Covington                                            Chapter 13
Seneca Covington
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: dlv                 Page 1 of 1                  Date Rcvd: Aug 22, 2019
                               Form ID: pdf900           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
```
db/jdb         +William E Covington,    Seneca Covington,    400 N. Charlotte Street,    Pottstown, PA 19464-5312
cr             +Borough of Pottstown/Pottstown Borough Authority,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:15       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
```
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Seneca  Covington dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor William E Covington dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>William E. Covington, Seneca Covington,<br><br>Debtor<br>_____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>Movant,<br>vs.<br>William E. Covington, Seneca Covington,<br>Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>Trustee / Respondent. | Chapter 13<br><br>Case No.: 19-11071-elf |

**ORDER**
_____

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 20, 2019 with regard to the above matter (Doc. # 41) is APPROVED.

Date:  8/22/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**