### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Seneca Covington<br>          William E. Covington<br>                              Debtors | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>                              Movant<br>          vs. | NO. 19-11071 ELF |
| Seneca Covington<br>William E. Covington<br>                              Debtors<br><br>William C. Miller Esq.<br>                              Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 29th day of October, 2019 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 5841 Cobbs Creek Parkway, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**