United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11071-elf
William E Covington                                                       Chapter 13
Seneca Covington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Nov 08, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db/jdb         +William E Covington,    Seneca Covington,    400 N. Charlotte Street,    Pottstown, PA 19464-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
              alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Seneca  Covington dmo160west@gmail.com,
              davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor William E Covington dmo160west@gmail.com,
              davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority
              jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
              bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
                                                                                         TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
      William E. Covington
      Seneca Covington,
             Debtors.

Chapter 13

Case No.: 19-11071-elf

Nationstar Mortgage LLC d/b/a Mr. Cooper,
             Movant,
vs.
William E. Covington and Seneca Covington,
             Debtors / Respondents,

and
William C. Miller, Esq.
             Trustee / Respondent.

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this ____8th____ day of ____November____, 20__19__, it is hereby

upon Certification of Default under the parties' prior Stipulation,

**ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 400 N Charlotte St, Pottstown, PA 19464;

**ORDERED** that Movant shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**