**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:      William E Covington and Seneca Covington<br>                                  Debtors<br><br>American Advisors Group, or its Successor or Assignee<br>                                  Movant<br>                                  vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>William E Covington and Seneca Covington<br>                                  Respondents | Chapter 13<br>Bankruptcy No. 19-11071-ELF |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

American Advisors Group or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 30, 2020 you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    United States Bankruptcy Court
    For the Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, Pennsylvania 19107

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

    Ann E. Swartz, Esquire
    McCabe, Weisberg & Conway, LLC
    123 S. Broad Street, Suite 1400
    Philadelphia, PA 19109
    Phone: 215-790-1010
    Fax: 215-790-1274

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on April

7, 2020 at 9:30 a.m. in Courtroom 1 United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: Mach 16, 2020