**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  William E Covington and Seneca Covington<br>Debtors<br><br>American Advisors Group, or its Successor or Assignee<br>Movant<br>vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>William E Covington and Seneca Covington<br>Respondents | Chapter 13<br>Bankruptcy No. 19-11071-ELF |

**ORDER**

AND NOW, this __9th__ day of ____April____, 20__20__, it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) is, **MODIFIED** to permit American Advisors Group, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise its rights under the mortgage or with respect to the property located at: 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**Order entered by default.**

_____
Eric L. Frank
United States Bankruptcy Judge