United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William E Covington  
Seneca Covington  
       Debtors

Case No. 19-11071-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 10, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.  
db/jdb        +William E Covington,   Seneca Covington,   400 N. Charlotte Street,   Pottstown, PA 19464-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:

      ANDREW M. LUBIN     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
      ANN E. SWARTZ     on behalf of Creditor    American Advisors Group ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
      DAVID M. OFFEN     on behalf of Joint Debtor Seneca   Covington dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      DAVID M. OFFEN     on behalf of Debtor William E Covington dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      JAMES RANDOLPH WOOD     on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
      KEVIN S. FRANKEL     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
      REBECCA ANN SOLARZ     on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                            TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    William E Covington and Seneca Covington<br>Debtors<br><br>American Advisors Group, or its Successor or Assignee<br>Movant<br>vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>William E Covington and Seneca Covington<br>Respondents | Chapter 13<br>Bankruptcy No. 19-11071-ELF |

**ORDER**

AND NOW, this __9th__ day of __April__, 20 __20__, it is hereby **ORDERED** that the automatic stay of Bankruptcy Code §362(a) is, **MODIFIED** to permit American Advisors Group, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise its rights under the mortgage or with respect to the property located at: 5841 Cobbs Creek Parkway, Philadelphia, Pennsylvania 19143, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

**ORDERED** that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**Order entered by default.**

_____
Eric L. Frank
United States Bankruptcy Judge