# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   William E. Covington<br>   Seneca Covington,<br>               Debtors. | Chapter 13<br><br>Case No.: 19-11071-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>               Secured Creditor,<br>vs.<br>William E. Covington and Seneca Covington,<br>               Debtors / Respondents,<br><br>and<br>William C. Miller, Esq.<br>               Trustee / Respondent. | |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

   AND NOW, this **22nd** day of **April 2020**, upon consideration of the Certification of Default under the parties' prior Stipulation, it is hereby

   **ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper is granted relief from the automatic stay, 11 U.S.C. §362, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 400 N Charlotte St, Pottstown, PA 19464;

   **ORDERED** that Secured Creditor shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

   **ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    William E. Covington<br>    Seneca Covington,<br>            Debtors. | Chapter 13<br><br>Case No.: 19-11071-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>           Secured Creditor,<br>vs.<br>William E. Covington and Seneca Covington,<br>           Debtors / Respondents,<br><br>and<br>William C. Miller, Esq.<br>           Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

    Andrew M. Lubin, Esquire counsel for Secured Creditor, hereby certifies that a copy of the Certificate of Default, Exhibits and proposed order were served upon the following persons via electronic transmission and/or by regular first-class mail, postage pre-paid, on April 8, 2020, addressed as follows:

| | |
|---|---|
| WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19144<br>*via electronic transmission and regular mail* | David M. Offen<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106<br>*via electronic transmission and regular mail* |
| William E. Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br>*via regular mail* | Seneca Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br>*via regular mail* |

                                                        Respectfully submitted,
                                                        MILSTEAD & ASSOCIATES, LLC

                                                        /s/Andrew M. Lubin
DATED:  April 8, 2020                      Andrew M. Lubin, Esquire
                                                        Attorney ID No. 54297
                                                        alubin@milsteadlaw.com
                                                        1 East Stow Road
                                                        Marlton, NJ 08053
                                                        (856) 482-1400
                                                        Attorneys for Secured Creditor