United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William E Covington  
Seneca Covington  
      Debtors

Case No. 19-11071-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db/jdb       +William E Covington,    Seneca Covington,    400 N. Charlotte Street,    Pottstown, PA 19464-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

          ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper  
            alubin@milsteadlaw.com,    bkecf@milsteadlaw.com  
          ANN E. SWARTZ    on behalf of Creditor    American Advisors Group ecfmail@mwc-law.com,  
            ecfmail@ecf.courtdrive.com  
          DAVID M. OFFEN    on behalf of Joint Debtor Seneca   Covington dmo160west@gmail.com,  
            davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          DAVID M. OFFEN    on behalf of Debtor William E Covington dmo160west@gmail.com,  
            davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
          JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Pottstown/Pottstown Borough Authority  
            jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com  
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION  
            bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
            philaecf@gmail.com  
                                                                                                            TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    William E. Covington<br>    Seneca Covington,<br>        Debtors. | Chapter 13<br><br>Case No.: 19-11071-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>        Secured Creditor,<br>vs.<br>William E. Covington and Seneca Covington,<br>        Debtors / Respondents,<br><br>and<br>William C. Miller, Esq.<br>        Trustee / Respondent. | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this **22nd** day of **April 2020**, upon consideration of the Certification of Default under the parties' prior Stipulation, it is hereby

**ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper is granted relief from the automatic stay, 11 U.S.C. §362, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its *in rem* rights as determined by state and/or other applicable law with regard to the real property known as and located at 400 N Charlotte St, Pottstown, PA 19464;

**ORDERED** that Secured Creditor shall be permitted to communicate with the Debtors, and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    William E. Covington<br>    Seneca Covington,<br>            Debtors. | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>            Secured Creditor,<br>vs.<br>William E. Covington and Seneca Covington,<br>            Debtors / Respondents,<br><br>and<br>William C. Miller, Esq.<br>            Trustee / Respondent. | Case No.: 19-11071-elf |

**CERTIFICATION OF SERVICE**

    Andrew M. Lubin, Esquire counsel for Secured Creditor, hereby certifies that a copy of the Certificate of Default, Exhibits and proposed order were served upon the following persons via electronic transmission and/or by regular first-class mail, postage pre-paid, on April 8, 2020, addressed as follows:

| | |
|---|---|
| WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19144<br>*via electronic transmission and regular mail* | David M. Offen<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106<br>*via electronic transmission and regular mail* |
| William E. Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br>*via regular mail* | Seneca Covington<br>400 N. Charlotte Street<br>Pottstown, PA 19464<br>*via regular mail* |

                                            Respectfully submitted,
                                            MILSTEAD & ASSOCIATES, LLC

                                            /s/Andrew M. Lubin
DATED: April 8, 2020                    Andrew M. Lubin, Esquire
                                            Attorney ID No. 54297
                                            alubin@milsteadlaw.com
                                            1 East Stow Road
                                            Marlton, NJ 08053
                                            (856) 482-1400
                                            Attorneys for Secured Creditor