IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :        CHAPTER 13
                          :
William E. Covington      :        No. 19-11071-ELF
Seneca Covington          :
    Debtors               :


MOTION TO DISCONTINUE WAGE DEDUCTION


1.    Debtors filed the above captioned Chapter 13 Petition.


2.    This court entered an Order directing Debtor William E.
Covington's Employer to mail in money to the Trustee.


3.    The Debtor wishes to terminate the wage order.
      An Order has been entered granting relief to the
      mortgage company.



    Wherefore, Debtors by Attorney David M. Offen respectfully
request that this Honorable Court enter an Order terminating the
Wage Order.




_____        /s/ David M. Offen
Chapter 13 Standing Trustee            David M. Offen, Esq.
                                       Attorney for Debtor(s)


Dated: August 31, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William E. Covington | : | No. 19-11071-ELF |
| Seneca Covington | : | |
| Debtors | : | |

O  R  D  E  R

AND NOW, this    2nd    day of    September    , 2020, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.


_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE