United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William E Covington  
Seneca Covington  
    Debtors

Case No. 19-11071-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Sep 02, 2020  
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db/jdb        +William E Covington,   Seneca Covington,   400 N. Charlotte Street,   Pottstown, PA 19464-5312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:

        ANDREW M. LUBIN   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
        ANN E. SWARTZ   on behalf of Creditor   American Advisors Group ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        DAVID M. OFFEN   on behalf of Joint Debtor Seneca  Covington dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        DAVID M. OFFEN   on behalf of Debtor William E Covington dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor   Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                          TOTAL: 10

```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                      :      CHAPTER 13
                                 :
     William E. Covington        :      No. 19-11071-ELF
     Seneca Covington            :
          Debtors                :
```

MOTION TO DISCONTINUE WAGE DEDUCTION

1. Debtors filed the above captioned Chapter 13 Petition.

2. This court entered an Order directing Debtor William E. Covington's Employer to mail in money to the Trustee.

3. The Debtor wishes to terminate the wage order. An Order has been entered granting relief to the mortgage company.

Wherefore, Debtors by Attorney David M. Offen respectfully request that this Honorable Court enter an Order terminating the Wage Order.

_____        /s/ David M. Offen
Chapter 13 Standing Trustee           David M. Offen, Esq.
                                      Attorney for Debtor(s)

Dated: August 31, 2020

```
        IN THE UNITED STATES BANKRUPTCY COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                         :    CHAPTER 13
                                  :
   William E. Covington            :   No. 19-11071-ELF
   Seneca Covington                :
      Debtors                     :
```

O R D E R

AND NOW, this **2nd** day of **September**, 2020, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE