United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William E Covington  
Seneca Covington  
    Debtors

Case No. 19-11071-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E Covington, Seneca Covington, 400 N. Charlotte Street, Pottstown, PA 19464-5312 |
| cr | + | American Advisors Group, c/o ANN E. SWARTZ, 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| cr | + | Wells fargo auto, po box 130000, Raleigh, nc 27605-1000 |
| 14453356 | + | American Advisors Group, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14452695 | + | American Advisors Group, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14324786 | + | Borough of Pottstown/, Pottstown Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14323181 | + | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14296997 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14294314 | + | Nationstar Mortgage LLC, dba Mr Cooper, c/o Andrew M. Lubin, Esquire, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14317429 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Andrew M. Lubin, Esq., 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14293201 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14318834 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 14317049 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14293766 | + | Nationstar Mortgage LLC dba Mr. Cooper, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14366154 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14366152 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14276728 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 14325829 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14276720 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14368918 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14276731 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14293714 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14276733 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14300998 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14509916 | + | Wells Fargo Bank N.A., dba Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 24 2021 03:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 19-11071-elf    Doc 109    Filed 02/25/21    Entered 02/26/21 00:57:52    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 48 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2021 03:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14286259 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:07 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14292386 | + Email/Text: documentfiling@lciinc.com | Feb 24 2021 03:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14276716 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 03:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14276718 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2021 03:37:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14290066 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14276719 | + Email/Text: mrdiscen@discover.com | Feb 24 2021 03:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14276721 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 24 2021 03:24:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14330217 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:23:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14311597 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2021 03:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14276722 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:23:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14286261 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14276723 | + Email/PDF: cbp@onemainfinancial.com | Feb 24 2021 03:37:20 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14371335 | Email/Text: blegal@phfa.org | Feb 24 2021 03:24:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14308397 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 03:38:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14276725 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 03:36:06 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14278480 | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 03:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14278637 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 03:37:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14277501 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 03:37:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14276730 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 03:37:19 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14276720 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 24 2021 03:24:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14276732 | + Email/Text: vci.bkcy@vwcredit.com | Feb 24 2021 03:24:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 24

Case 19-11071-elf    Doc 109    Filed 02/25/21    Entered 02/26/21 00:57:52    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 48 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Borough of Pottstown/Pottstown Borough Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14276724 | *+ | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14276726 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14276727 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14276717 | ##+ | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 14276729 | ##+ | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper alubin@milsteadlaw.com bkecf@milsteadlaw.com |
| ANN E. SWARTZ | on behalf of Creditor American Advisors Group ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Seneca Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor William E Covington dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Pottstown/Pottstown Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2                         User: admin                              Page 4 of 4
Date Rcvd: Feb 23, 2021                      Form ID: pdf900                          Total Noticed: 48
TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 13
WILLIAM E COVINGTON
SENECA COVINGTON

Debtor    Bankruptcy No. 19-11071-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 23, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
WILLIAM E COVINGTON
SENECA COVINGTON
400 N. CHARLOTTE STREET

POTTSTOWN, PA 19464